UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT SHUEY,

    Plaintiff,

v.                                                CASE NO. 8:23-cv-453-SDM-TGW

AMERICAN FIRST FINANCE, INC.,

    Defendant.
_____/

## ORDER

    Robert Shuey sues (Doc. 1-1) American First Finance, Inc., and alleges that a "Consumer Rental-Purchase Agreement," which Shuey entered with American First Finance, is actually a loan agreement that charges an effective annual interest rate of "approximately 185%" and thus violates Florida and federal law. American First Finance moves (Doc. 12) to compel arbitration in accord with the rental-purchase agreement and to dismiss the action. No response appears. Thus, under Local Rule 3.01(c), the motion is treated as unopposed.

    In accord with *EEOC v. Waffle House, Inc.*, 534 U.S. 279, 289 (2002), federal policy favors arbitration. And Shuey's claims fit comfortably within the arbitration provision of the rental-purchase agreement. (Docs. 1-1 at 19–20; 12 at 2–4) American First Finance's motion to compel arbitration is **GRANTED-IN-PART**. The parties must submit the dispute to arbitration, but dismissal of the action is not warranted. Under the Federal Arbitration Act, 9 U.S.C. § 3, this action is **STAYED**

pending the resolution of arbitration. The clerk is directed to **ADMINISTRA-TIVELY CLOSE** the case and terminate any pending motion. Not later than seven days after receipt of the arbitral decision, American First Finance must file a notice announcing the decision.

    ORDERED in Tampa, Florida, on March 31, 2023.

                                          STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE